**Motion Granted and Order filed September 24, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00751-CV
_____

**IN RE BDPJ HOUSTON, LLC, Relator**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-54130**

---

## ORDER

On August 27, 2013, relator BDPJ Houston, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable Jaclanel McFarland, judge of the 133rd District Court of Harris County, to set aside her order dated August 19, 2013, entered in trial court cause number 2010-54130, styled *Water Rescue, Inc. v. Central Management, Inc. and BDPJ Houston, LLC*. Relator asserts respondent abused her discretion by compelling the production of documents evidencing the amount, location, and expenditure of confidential settlement funds.

Relator also has filed a motion for a temporary stay of the proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On August 27, 2013, relator asked this court to stay the trial court's order compelling production pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial court's August 19, 2013 order compelling production in trial court cause number 2010-54130, styled *Water Rescue, Inc. v. Central Management, Inc. and BDPJ Houston, LLC.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Central Management, Inc., the real party in interest, to file a response to the petition for writ of mandamus on or before **October 8, 2013.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Frost, Busby, and Donovan.